JS-6

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

CHRISTINA M. ACEVEDO,

            Plaintiff(s),

    v.

COMENITY BANK AND EXPERIAN
INFORMATION SOLUTIONS, INC.,

Defendant.

Case No. 5:20-cv-00582-DSF-SHK

**ORDER ON STIPULATION OF DISMISSAL**
**WITH PREJUDICE**

      The Parties, through counsel, having filed with this Court their Stipulation of Dismissal With Prejudice, and the Court having reviewed the same, hereby ORDERED:

    1.  The Stipulation of Dismissal With Prejudice is granted.

    IT IS SO ORDERED.

DATED:  October 30, 2020

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE